IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) DEPARTMENT OF JUSTICE, et al., ) ) Defendants. ) ) | Civil Action No. 1:10-cv-00436-RMC |

**ATTORNEY APPEARANCE**

Undersigned counsel, Amy E. Powell, hereby enters her appearance as counsel for the defendants in the above-captioned case.

Dated: March 26, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov