UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | No. 10-cv-436-RMC |

**DECLARATION OF SERVICE OF PROCESS**

I, Arthur B. Spitzer, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I made service of process upon the defendant U.S. Department of Justice by mailing a copy of the Summons and Complaint in this action to U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530, on Tuesday, March 16, 2010.  The attached return receipt shows delivery on March 22, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2d day of April 2010.

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union of the Nation's Capital
1400  20th Street, N.W., Suite 119
Washington, D.C. 20036\
(202) 457-0800
artspitzer@aol.com

Counsel for plaintiffs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Dept. of Justice
   950 Pennsylvania Ave. NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MAR 2 2 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0002 5524 4177

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Art Spitzer
ACLU
1400 20th St. NW, Suite 119
Washington, DC  20036


FOIA Drone case