IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 1:10-cv-00436-RMC |

**MOTION FOR AN EXTENSION OF TIME**

Defendants, through undersigned counsel, respectfully move for an extension of time, up to and including May 6, 2010, to file their response to the complaint.  The earliest date on which any Defendant's response currently could be due is April 15, 2010, pursuant to 5 U.S.C. § 552(a)(4)(C).  This is Defendants' first request for an extension of time to file a response in the present case, and the requested extension is supported by good cause, including the need to coordinate multiple Defendant agencies, the complexity of the issues, and the press of other matters.  The extension does not affect any other existing deadlines.  Undersigned counsel has consulted with Plaintiffs' counsel, who has no objection to Defendants' request for an extension of time.

Dated: April 9, 2010                                         Respectfully submitted,

                                                            TONY WEST
                                                            Assistant Attorney General

                                                            RONALD C. MACHEN JR.
                                                            United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov