**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-00436-RMC |
| DEPARTMENT OF JUSTICE, et al., | ) ) ) | |
| Defendants. | ) ) | |

**SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendants, through undersigned counsel, respectfully move for an extension of time to file their response to the complaint until 14 days after filing of an anticipated amended complaint. Currently, the response to the complaint is due on May 6, 2010. This is Defendants' second request for an extension of time to file a response in the present case, and the requested extension is supported by good cause. Namely, the parties have consulted and have reason to believe that Plaintiffs are likely to amend the complaint to add an additional defendant and to address events that occurred following the filing of the complaint. In particular, Plaintiffs have an administrative appeal pending with the Central Intelligence Agency, who may be added as a defendant in the near future. Moreover, there continues to be a need to coordinate multiple Defendant agencies regarding multiple complex issues. Accordingly, Defendants request an extension until such time as their response to the anticipated amended Complaint would be due under Rule 15(a)(3). The extension does not affect any other existing deadlines. Undersigned counsel has consulted with Plaintiffs' counsel, who has no objection to Defendants' request for an extension of time.

Dated: May 4, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov