IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 1:10-cv-00436-RMC |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

This is an action in which Plaintiffs seek access, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to certain documents allegedly created and controlled by Defendants. By letter dated January 13, 2010, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation ("ACLU") submitted FOIA requests for several categories of documents pertaining to the use of unmanned aerial vehicles to kill targeted individuals. Counsel for the parties have conferred and hereby submit this report to inform the Court as to the Defendants' search for and production of documents responsive to Plaintiffs' FOIA requests.

With respect to some of the searches, the Defendants cannot assess how long the processing of any responsive documents will take until after the searches are complete and the Defendants know how many and what types of documents are at issue. Accordingly, the parties cannot identify final production dates until the searches are complete. The parties therefore anticipate that they will provide the Court with a final processing schedule - and, if necessary, a

briefing schedule - after those searches are complete. Such a process would conserve the resources of the parties and the Court and would resolve or clarify the issues for judicial review. The parties report the status of search and production as follows:

Defendant Central Intelligence Agency has made a final response to Plaintiffs' FOIA request. By order dated July 1, 2010, the Court has set a briefing schedule for summary judgment.

The Office of Legal Counsel ("OLC") of the United States Department of Justice and the ACLU have agreed to the scope of the requested searches. The parties have agreed that OLC will use best efforts to complete its searches by September 14, 2010. The parties will meet and confer to set a mutually acceptable schedule for production and, if necessary, briefing.

Defendant United States Department of State and the ACLU have agreed to the scope of the requested searches. The parties have agreed that the Department of State will use its best efforts to complete its searches by October 14, 2010. The parties will meet and confer to set a mutually acceptable schedule for production and, if necessary, briefing. Furthermore, State will begin a rolling production of any non-exempt records by making an initial response on or before November 24, 2010.

Defendant United States Department of Defense ("DoD") and the ACLU have agreed to the scope of most of the requested searches. With respect to one search item, namely a search related to "civilian casualty information", the parties have agreed to a partial search to be

completed by August 27, 2010, that may or may not result in final agreement. The parties have agreed that DoD will use its best efforts to complete the other, agreed-upon searches by November 15, 2010. The parties have partially agreed upon a production schedule already, with processing to be completed by April 22, 2011 with respect to several individual requests. The parties will meet and confer again after the searches are complete to set a mutually acceptable schedule for production and, if necessary, briefing.

The parties agree to use their best efforts to resolve any differences over search, production and withholding of documents. The parties currently anticipate that any necessary briefing for OLC, State and DoD can be completed simultaneously. Accordingly, the parties propose that they will file a status report with the Court on December 6, 2010, informing the Court as to the status of search and production, and, if the parties can reach agreement, setting out a mutually agreeable production schedule.

The parties stipulate that entry of this scheduling order does not make the Plaintiffs prevailing parties for the purpose of seeking attorney's fees. A proposed order is attached.

Dated: July 16, 2010                            Respectfully submitted,

                                                TONY WEST
                                                Assistant Attorney General

                                                RONALD C. MACHEN JR.
                                                United States Attorney

                                                ELIZABETH J. SHAPIRO
                                                Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov

*Counsel for Defendants*


/s/Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the
Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, D.C.  20036
Phone: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Jonathan Manes
Jameel Jaffer
Ben Wizner
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
jmanes@aclu.org
jjaffer@aclu.org
bwizner@aclu.org

*Counsel for the Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-00436-RMC |
| DEPARTMENT OF JUSTICE, et al., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Having considered the submission of the parties, the parties shall adhere to the following schedule, unless it is modified by the Court for its own convenience or on application of a party:

- The Office of Legal Counsel of the United States Department of Justice will use best efforts to complete its searches by September 14, 2010.  Counsel will meet and confer within 14 days of this deadline.

- The United States Department of State will use its best efforts to complete its searches by October 14, 2010.  Counsel will meet and confer within 14 days of this deadline.

- The United States Department of Defense will use its best efforts to complete the agreed-upon searches by November 15, 2010.  Counsel will meet and confer within 14 days of this deadline.

- The parties will file a status report with the Court on December 6, 2010, informing the Court as to the status of search and production, and, if the parties

can reach agreement, setting out a mutually agreeable production schedule.

SO ORDERED on this \_\_\_\_ day of July, 2010.

                                        Hon. Rosemary M. Collyer
                                        United States District Judge