**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:10-cv-00436-RMC |
| DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this court's order dated July 28, 2010, the parties have conferred and hereby submit this report to inform the Court of the status of the Defendants' search for and production of records responsive to Plaintiffs' FOIA requests.

The Department of Defense, Department of State, and Department of Justice's Office of Legal Counsel have completed all initial searches for records responsive to Plaintiffs' requests, as narrowed by negotiations between the parties. Those searches were completed by the deadlines imposed by this Court in its July 28 order.

The Department of State complied with this Court's order to begin rolling production of records by November 24, 2010. The Department of State has, thus far, released one batch of seven documents.

In the previous status report, filed July 16, 2010, the parties indicated that Plaintiffs and Defendant Department of Defense were still negotiating with respect to the scope of one search item related to "civilian casualty information." Plaintiffs and the Department of Defense came to

an agreement about the scope of that search, the Department of Defense completed the search, and the parties have come to an agreement about the processing and production of information gathered during that search.

The parties are currently negotiating a schedule for the processing and potential production of records that each agency has found in the course of its search. The parties agree to use their best efforts to resolve any differences over processing, production and withholding of documents. The parties anticipate that they will have reached an agreement with respect to processing deadlines for all three agencies over the next several weeks.

Accordingly, the parties propose that they will file a status report by January 22, 2010, in order to inform the Court as to the status of processing and production, and setting out a mutually agreeable production schedule. A proposed order is attached.

Dated: December 6, 2010

Respectfully submitted,

/s/ Arthur B. Spitzer
ARTHUR B. SPITZER (D.C. Bar No. 235960)
American Civil Liberties Union of the
Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, D.C.  20036
Phone: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

JONATHAN MANES
BEN WIZNER
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY  10004
Phone: (212) 549-2500
Fax: (212) 549-2654
jmanes@aclu.org
bwizner@aclu.org

*Counsel for the Plaintiffs*

2

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001
Phone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov

*Counsel for the Defendants*