**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:10-cv-00436-RMC<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Having considered the joint status report submitted by the parties on December 6, 2010, it is hereby

ORDERED that the parties file a further joint status report by no later than January 22, 2010.

Dated: _____

                    _____
                    Hon. Rosemary M. Collyer,
                    United States District Judge