**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE, DEPARTMENT OF DEFENSE, DEPARTMENT OF STATE, and CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　Defendants. | No. 1:10-cv-436-RMC |

**NOTICE OF APPEAL**

Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of this court entered on the 9th day of September, 2011, granting defendant Central Intelligence Agency's motion for summary judgment and denying plaintiffs' motion for partial summary judgment. That order became final and appealable on the 26th day of October, 2011, when plaintiffs' claims against the other defendants were voluntarily dismissed.

　　　　　　　　　　　　　　　　　　/s/*Arthur B. Spitzer*　　　　　　　　
　　　　　　　　　　　　　　　　　　ARTHUR B. SPITZER (D.C. Bar No. 235960)
　　　　　　　　　　　　　　　　　　American Civil Liberties Union of the
　　　　　　　　　　　　　　　　　　　  Nation's Capital
　　　　　　　　　　　　　　　　　　1400 20th Street, N.W., Suite 119
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　Phone: (202) 457-0800
　　　　　　　　　　　　　　　　　　Fax: (202) 452-1868
　　　　　　　　　　　　　　　　　　artspitzer@gmail.com

        BEN WIZNER
        NATHAN FREED WESSLER
        American Civil Liberties Union Foundation
        125 Broad Street, 18th Floor
        New York, NY 10004
        Phone: (212) 549-2500
        Fax: (212) 549-2654
        bwizner@aclu.org
        nwessler@aclu.org

        *Counsel for Plaintiffs*

November 9, 2011