# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 11-5320**　　　　　　　　　　　　　　　**September Term 2011**

**1:10-cv-00436-RMC**

**Filed On:** July 2, 2012

American Civil Liberties Union and American
Civil Liberties Union Foundation,

      Appellants

    v.

Central Intelligence Agency,

      Appellee

**BEFORE:**　Tatel, Garland, and Griffith, Circuit Judges

### O R D E R

Upon consideration of appellee's motion to remand for further proceedings, and the opposition thereto, it is

**ORDERED** that the motion be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Michael C. McGrail
Deputy Clerk