UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | No. 10-cv-436-RMC |

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF BRETT MAX KAUFMAN AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Brett Max Kaufman, an attorney employed by the American Civil Liberties Union Foundation, located at 125 Broad Street, 18th Floor, New York, NY 10004, as additional counsel for Plaintiffs in this case. Mr. Kaufman is a member in good standing of the bar of the State of New York; the U.S. District Court for the Southern District of New York; and the U.S. Court of Appeals for the Second Circuit. His declaration is filed herewith.

                                                    Respectfully submitted,

                                                    */s/ Arthur B. Spitzer*
                                                    Arthur B. Spitzer (D.C. Bar No. 235960)
                                                    American Civil Liberties Union of the
                                                      Nation's Capital
                                                    4301 Connecticut Ave., NW, Suite 434
                                                    Washington, D.C. 20008
                                                    Phone: (202) 457-0800
                                                    Fax: (202) 452-1868
                                                    artspitzer@aclu-nca.org

May 15, 2013