UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

No. 10-cv-436-RMC

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF HINA SHAMSI AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Hina Shamsi, an attorney employed by the American Civil Liberties Union Foundation, located at 125 Broad Street, 18th Floor, New York, NY 10004, as additional counsel for Plaintiffs in this case. Ms. Shamsi is a member in good standing of the bars of the State of New York; the U.S. Circuit Court of Appeals for the Ninth Circuit and the Second Circuit; and the U.S. District Courts for the Southern and Eastern Districts of New York and the Eastern District of Michigan. Her declaration is filed herewith.

Respectfully submitted,

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the
   Nation's Capital
4301 Connecticut Ave, NW, Suite 434
Washington, D.C. 20008
Phone: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aclu-nca.org

May 15, 2013