UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 10-cv-436-RMC |

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF JAMEEL JAFFER AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Jameel Jaffer, an attorney employed by the American Civil Liberties Union Foundation, located at 125 Broad Street, 18th Floor, New York, NY 10004, as additional counsel for Plaintiffs in this case. Mr. Jaffer is a member in good standing of the bars of the State of New York; the U.S. Supreme Court; the U.S. Court of Appeals for the District of Columbia Circuit, the Second Circuit, the Fourth Circuit, the Sixth Circuit, and the Ninth Circuit; and the U.S. District Courts for the Southern and Eastern Districts of New York and the Eastern District of Michigan. His declaration is filed herewith.

Respectfully submitted,

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the
    Nation's Capital
4301 Connecticut Ave., NW, Suite 434
Washington, D.C. 20008
Phone: (202) 457-0800
Fax: (202) 452-1868

May 15, 2013                       artspitzer@aclu-nca.org