UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | No. 10-cv-436-RMC |

**DECLARATION OF JAMEEL JAFFER**

Pursuant to Local Civil Rule 83.2(d), I, Jameel Jaffer, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Jameel Jaffer.

2. I am an attorney with the American Civil Liberties Union Foundation. My office mailing address is 125 Broad Street, 18th floor, New York, NY 10004. My office telephone number is 212.519.7814.  My office fax number is 212.549.2654.

3. I certify that I am now a member in good standing of the following State and Federal Bars:

   a) Bar of the State of New York (July 2000).

   b) United States District Court for the Eastern District of Michigan (December 2003).

   c) United States District Court for the Southern District of New York (April 2004).

      d) United States District Court for the Eastern District of New York (May 2004).

      e) United States Court of Appeals for the Ninth Circuit (October 2004).

      f) United States Court of Appeals for the Second Circuit (May 2005).

      g) United States Court of Appeals for the Fourth Circuit (January 2010).

      h) United States Court of Appeals for the District of Columbia Circuit (March 2012).

      i) United States Supreme Court (April 2004).

4. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been admitted to this Court *pro hac vice* four times in the past two years, in *American Civil Liberties Union v. CIA*, No. 1:11-cv-0933 (ABJ), *Al-Aulaqi v. Obama*, No. 1:10-cv-1469 (JDB), *American Civil Liberties Union v. Geithner*, No. 10-cv-1303 (JDB), and *Al-Aulaqi v. Panetta*, No. 12-cv-1192 (RMC).

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 15th day of May, 2013.

                                                                           /s/ *Jameel Jaffer*
                                                                           Jameel Jaffer