**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, Plaintiffs, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, Defendants. | No. 10-cv-436-RMC |

**[Proposed] ORDER**

Upon consideration of the motion of Jameel Jaffer for the American Civil Liberties Union Foundation to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date: _____

_____
Rosemary M. Collyer
United States District Judge