# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> *Defendant*. | No. 10-cv-436-RMC |

## JOINT RESPONSE TO ORDER OF THE COURT

Pursuant to this Court's order dated May 10, 2013, the parties have conferred and hereby submit this joint filing to inform the Court that they have been unable to agree to a joint briefing schedule for their cross-motions for summary judgment on the issues on remand, and to hereby request that the Court set a briefing schedule based on the statements and proposals of the parties, below.

### Statement of Plaintiffs

Plaintiffs propose the following briefing schedule:

- Defendant's motion for summary judgment due **June 28, 2013**;

- Plaintiffs' combined motion for summary judgment and opposition due **August 2, 2013**;

- Defendant's combined reply and opposition due **September 6, 2013**;

- Plaintiffs' reply due **September 20, 2013**.

Plaintiffs propose that Defendant file an opening brief on June 28, 2013, with five weeks between opening and opposition briefs, and two weeks for Plaintiffs' reply. They submit that this

is a reasonable and fair schedule and that Defendant's proposal needlessly delays resolution of the issues.

The Court of Appeals for the D.C. Circuit issued its opinion in this matter and ordered a remand to this Court on March 15, 2013. *See Am. Civil Liberties Union v. CIA*, 710 F.3d 422 (2013). Though the D.C. Circuit's mandate did not issue until May 8, 2013, *see* Docket No. 42, Defendant the Central Intelligence Agency ("CIA") has had more than two months' notice that it would be required to reevaluate its response to Plaintiff's Freedom of Information Act ("FOIA") request on remand in this Court. Neither Plaintiffs nor the public—which has an overwhelming interest in the subject of Plaintiffs' request—should be penalized for delays caused by the CIA's apparent failure even to begin a search for responsive records, and to coordinate the government's response, until now. The President's recent disclosures do not justify the lengthy delay the government seeks in light of its failure even to begin reviewing documents and withholdings to this point. Although Plaintiffs understand that the government will need to conduct an interagency review of responsive documents and withholdings, the CIA is the only remaining defendant in this matter. *See* Docket No. 38 ¶ 7. That just one agency remains as a defendant will undoubtedly help streamline the government's review of the materials in this case, which are surely already the subject of widespread attention within the Executive Branch.

## Statement of Defendant

Plaintiff's proposed briefing schedule provides inadequate time for Defendant Central Intelligence Agency to complete its processing of a lengthy and complicated FOIA request. The request broadly seeks information spanning a twelve-year period related to the use of unmanned aerial vehicles, or drones, to conduct targeted strikes. The original FOIA request was 16 pages

long and included 10 numbered sub-requests, several of which include multiple subparts.[1] Because the defendant originally asserted a Glomar request, the agency did not conduct a search in response to the request. Moreover, since the time this Court issued its ruling in this case, the Government has declassified additional information. Just this week, the President declassified more information related to targeted strikes. The Government is currently re-evaluating its response to the broad FOIA request in light of these events, a process that takes time and extensive interagency consultation. Responding to the request will also likely involve the preparation of classified submissions, which also require careful inter-agency coordination. Finally, counsel and relevant agency officials have planned vacations this summer and other pressing litigation matters and court deadlines requiring attention.

Accordingly, Defendant proposes the following schedule for disposition of this case:

- **August 9, 2013** – Defendant CIA will file its motion for summary judgment
- **September 13, 2013** – Plaintiffs will file a memorandum in opposition and a cross-motion.
- **October 11, 2013** – Defendant CIA will file a combined memorandum in reply and opposition.

Dated: May 24, 2013

Respectfully submitted,

**Arthur B. Spitzer (D.C. Bar No. 235960)**
American Civil Liberties Union of the
  Nation's Capital
4301 Connecticut Ave., NW, Suite 434
Washington, D.C. 20008
Phone: 202.457.0800
Fax:    202.452.1868
Email: artspitzer@gmail.com

---

[1] Plaintiffs abandoned one numbered sub-paragraph and one subpart during the briefing.

*/s/ Hina Shamsi*
**Jameel Jaffer**
**Hina Shamsi**
**Brett Max Kaufman**
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 11205
Phone: 212.284.7321
Fax:     212.549.2654
Email:  hshamsi@aclu.org

*Counsel for Plaintiffs*

**Stuart F. Delery**
Principal Deputy Assistant Attorney General

**Elizabeth J. Shapiro**
Deputy Director

*/s/ Amy E. Powell*
**Amy E. Powell**
**Judson O. Littleton**
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20001
Phone: 202.305.8714
Fax:     202.616.8470
Email:  amy.powell@usdoj.gov

*Counsel for Defendants*