UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES
UNION, *et al.,*
              Plaintiffs,

v.

DEPARTMENT OF JUSTICE, *et al.,*

              Defendants.

No. 10-cv-436 (RMC)

**MOTION FOR CLARIFICATION OF BRIEFING SCHEDULE**

Plaintiffs respectfully move for a clarification of the Minute Order issued on May 28, 2013, in this case, setting a briefing schedule for the parties' cross-motions for summary judgment.

In that Order, the Court set dates for the CIA's motion and reply, but set a date only for plaintiffs' motion, omitting their reply.  As having the opportunity to file a reply in support of their motion for summary judgment is equally important to plaintiffs as it is to the CIA, plaintiffs respectfully request that the Court clarify the May 28 Order by adding a date for plaintiffs' reply, and propose that it be due on October 25, 2013, two weeks after the CIA's opposition to plaintiffs' motion.[*]

Defendants do not consent to this motion.  A proposed order is attached.

              Respectfully submitted,

              Jameel Jaffer (*pro hac vice*)
              Hina Shamsi (*pro hac vice*)

---

[*] Plaintiffs note that the earlier cross-motions for summary judgment in this action included replies by both sides.  *See* ECF Nos. 15 (Government's motion), 20-21 (Plaintiffs' opposition and cross-motion), 22-23 (Government's reply and opposition), 25 (Plaintiffs' reply).

        Brett M. Kaufman (*pro hac vice*)
        American Civil Liberties Union Foundation
        125 Broad Street, 18th floor
        New York, NY 10004.
        Tel. (212) 549-2500
        Fax (212) 549-2654

        /s/*Arthur B. Spitzer*

        Arthur B. Spitzer (D.C. Bar No. 235960)
        American Civil Liberties Union
          of the Nation's Capital
        1400 20th Street, N.W., Suite 119
        Washington, D.C. 20036
        Tel. (202) 457-0800
        Fax (202) 457-0805
        artspitzer@aclu-nca.org

        Counsel for Plaintiffs

June 3, 2013