UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | No. 10-cv-436 (RMC) |

[Proposed]
**ORDER**

Upon consideration of plaintiffs' motion for clarification of the briefing schedule, it is hereby

ORDERED that the following schedule will apply: Defendant CIA shall file its motion for summary judgment on or before August 9, 2013. Plaintiffs may file a cross-motion and response on or before September 13, 2013. Defendant CIA may file its opposition and reply on or before October 11, 2013. Plaintiffs may file their reply on or before October 25, 2013. The Court anticipates that briefing will be conducted as scheduled without any extensions to either party.


June ____, 2013　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　　　United States District Judge