IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 1:10-cv-00436-RMC |
| DEPARTMENT OF JUSTICE, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

## [PROPOSED] ORDER

This matter is before the Court on Defendant CIA's Motion for Summary Judgment. Upon consideration of the parties' submissions, it is hereby ORDERED that Defendant CIA's Motion for Summary Judgment is GRANTED.

SIGNED and ENTERED this ___ day of _____, 2013.

_____
DISTRICT JUDGE ROSEMARY M. COLLYER