**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION & AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | No. 1:10-cv-00436 (RMC) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation hereby move for partial summary judgment pursuant to Federal Rule of Civil Procedure 56(a). Plaintiffs respectfully request oral argument.

Dated: September 13, 2013                Respectfully submitted,

/s/ Hina Shamsi

| | |
|---|---|
| Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union<br> of the Nation's Capital<br>4301 Connecticut Avenue, N.W., Suite 434<br>Washington, D.C. 20008<br>T: 202.457.0800<br>F: 202.452.1868<br>artspitzer@aclu-nca.org | Jameel Jaffer<br>Hina Shamsi<br>Brett Max Kaufman (*pro hac vice*)<br>American Civil Liberties Union Foundation<br>125 Broad Street—18th Floor<br>New York, NY 10004<br>T: 212.519.2500<br>F: 212.549.2654<br>jjaffer@aclu.org |