IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-00436-RMC |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT CIA'S MOTION FOR A STAY OF BRIEFING DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendant United States Central Intelligence Agency ("the CIA") hereby moves for a stay of the briefing deadlines in the above-captioned case.

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the CIA. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the CIA are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. By minute order dated May 28, 2013, Defendant CIA's reply memorandum is due October 11, 2013. Undersigned counsel for the Department of Justice therefore requests a stay of this briefing deadline until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the Plaintiffs have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2013                    Respectfully submitted,

                                          STUART F. DELERY
                                          Assistant Attorney General

                                          RONALD C. MACHEN JR.
                                          United States Attorney

                                          ELIZABETH J. SHAPIRO
                                          Deputy Director, Federal Programs Branch

                                          /s/Amy E. Powell
                                          AMY E. POWELL (N.Y. Bar)
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W.
                                          Washington, D.C. 20001

Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov