# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:10-cv-00436-RMC ) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) |
| Defendant. | ) ) |

## JOINT NOTICE AND PROPOSED SCHEDULE

Pursuant to the Court Order dated October 8, 2013, Defendant CIA through undersigned counsel hereby notifies the Court that as of October 17, 2013, funding was restored for the Department of Justice and the Defendant, and the Department resumed its usual civil litigation functions.

Counsel for the parties have conferred and propose that Defendant file its reply memorandum in support of its motion for summary judgment on or before November 1, 2013. This is a timeframe slightly longer than a delay commensurate with the Government shutdown, but Defendant believes that the additional few days are justified based on the press of other matters, undersigned counsel's personal obligations and the complications created by the shutdown. Counsel for the Plaintiff does not oppose this timeframe.

Plaintiffs request oral argument on the pending motions. Defendant takes no position on this request.

Dated: October 18, 2013

Respectfully submitted,

STUART DELERY
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov

*Attorneys for Defendants*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
4301 Connecticut Avenue, N.W.—Suite 434
Washington, D.C. 20008
T: 202.457.0800
F: 202.452.1868
artspitzer@aclu-nca.org

/s/ Hina Shamsi
Hina Shamsi
Jameel Jaffer
Brett Max Kaufman (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
T: 212.519.2500
F: 212.549.2654
hshamsi@aclu.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civil Action No. 1:10-cv-00436-RMC |
| CENTRAL INTELLIGENCE AGENCY, | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' Joint Notice and Proposed Schedule.  Upon consideration of the submission, it is hereby ORDERED that Defendants file a Reply Memorandum on or before November 1, 2013.

SIGNED and ENTERED this ___ day of _____, 2013.

_____
DISTRICT JUDGE ROSEMARY M. COLLYER