IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) CENTRAL INTELLIGENCE AGENCY, ) ) Defendant. ) | Civil Action No. 1:10-cv-00436-RMC |

## JOINT STATUS REPORT

The parties hereby submit this joint status report pursuant to the Order dated August 20, 2014. The Plaintiffs have agreed to narrow their request, and the parties hereby propose the following schedule for resolution of remaining issues:

November 25, 2014 – Defendant Central Intelligence Agency will complete processing of documents responsive to the narrowed request and file a motion for summary judgment.

December 19, 2014 – Plaintiffs will file an opposition and any cross-motions.

January 9, 2015 – Defendant will file a reply.

Dated: September 10, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov


/s/ Jameel Jaffer
JAMEEL JAFFER
HINA SHAMSI
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Fax: (212) 549-2654
jjaffer@aclu.org


ARTHUR B. SPITZER
American Civil Liberties Union of the
Nation's Capital
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
Telephone: (202) 457-0800
Fax: (202) 452-1868
art@aclu-nca.org