IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:10-cv-00436-RMC |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| Defendant. ) | |

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Stephen M. Elliott, Trial Attorney, United States Department of Justice, enters his appearance on behalf of Defendant Central Intelligence Agency in the above-captioned case.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch


/s/ Stephen M. Elliott
STEPHEN M. ELLIOTT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
Washington, D.C. 20530
Tel: (202) 305-8177
Fax: (202) 616-8470
Email: stephen.elliott@usdoj.gov