# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:10-cv-00436-RMC<br>) |
| CENTRAL INTELLIGENCE AGENCY, | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF CLASSIFIED LODGING

Defendant, through undersigned counsel, hereby provides notice that the Central Intelligence Agency has lodged for submission classified information, in support of Defendant's Motion for Summary Judgment (which has been filed on the public docket). This *ex parte*, *in camera* submission includes the Classified Declaration of Martha M. Lutz. The submission has been lodged for secure storage and for secure transmission to the Court (upon request) with the United States Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact the undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated: November 25, 2014                Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Stephen M. Elliott*
AMY POWELL
STEPHEN M. ELLIOTT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7318
Washington, D.C. 20530
Tel: (202) 305-8177
Email: stephen.elliott@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2014, I electronically transmitted the foregoing to the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system. Participants in the case are registered CM/ECF users and will be served by the CM/ECF filing system.

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7318
Washington, D.C. 20530