IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-00436-RMC |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

## **NOTICE**

Defendant Central Intelligence Agency ("the CIA"), at the request of the Court, hereby confirms that the following unclassified language from the Classified Declaration of Martha M. Lutz (*see* Dkt. No. 68) may be placed on the public docket:

> (U)   In light of the Second Circuit's decision, the CIA withdrew its pending motion for summary judgment in this action, which had relied upon the "no number, no list" response as the basis for withholding responsive records.  The parties then conferred for the purpose of determining how to proceed with the case.  Based on those discussions, the ACLU agreed to limit its initial FOIA request to two items:  (1) Any and all final legal memoranda (as well as the latest version of draft legal memoranda which were never finalized) concerning the U.S. Government's use of armed drones to carry out premeditated killings; and (2) four types of records routinely compiled by the CIA for analytical purposes containing charts or compilations about U.S. Government strikes sufficient to show the identity of the intended targets, assessed number of people killed, dates, status of those killed, agencies involved, the location of each strike, and the identities of those killed if known.

The following unclassified language, also from the Classified Declaration of Martha M. Lutz (*see* Dkt. No. 68), originally appeared as footnotes to the language quoted above, and may also be placed on the public docket:

> (U)  The ACLU agreed to exclude any OLC memoranda currently being considered by the U.S. District Court for the Southern District of New York that are responsive to the ACLU's request in that case.
> (U)  During the negotiations between the parties, the ACLU was advised the CIA possessed additional material about U.S. Government strikes that was not routinely compiled for analytical purposes and the parties agreed that only the four specific types of intelligence products would be subject to the litigation.

Dated: June 9, 2015                                     Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

VINCENT H. COHEN, JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov