UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil Action No. 10-436 (RMC) |
| **CENTRAL INTELLIGENCE AGENCY,** | ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

For the reasons stated in the Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Dkt. 67] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' cross-motion for summary judgment [Dkt. 70] is **DENIED**; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendant.

This is a final appealable Order.  *See* Fed. R. App. P. 4.  This case is closed.

Date:  June 18, 2015                              /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge