IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE *et al.*,<br><br>　　　　　*Defendants*. | No. 10-cv-436 (RMC) |

**CONSENT MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR PROCEEDINGS REGARDING ATTORNEYS' FEES AND COSTS**

　　　　Pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.2, Plaintiffs hereby move for the entry of an order extending the deadline for proceedings regarding the possible award of attorneys' fees and costs to Plaintiffs in this action. Counsel for Defendants consent to this motion.

<u>Points and Authorities</u>

　　　　Fed. R. Civ. P. 54(d)(2)(B) provides that a motion for an award of attorneys' fees must ordinarily be made within 14 days of the entry of judgment. However, the Federal Rules and the rules of this Court recognize that the Court may issue an order "exten[ding the] time for filing a motion under Rule 54(d)(2)(B)." LCvR. 54.2(a); *see also* Fed. R. Civ. P. 54(d)(2)(B) (setting 14-day deadline "unless . . . a court order provides otherwise"). The local rules authorize the Court to issue such an extension to allow "the parties to confer and to attempt to reach an agreement on fee issues." LCvR. 54.2(a).

　　　　Plaintiffs anticipate applying for an award of attorneys' fees in this action covering the portions of the litigation in which they "substantially prevailed," 5 U.S.C. § 552(a)(4)(E)—*i.e.*, the litigation leading up to and including Plaintiffs' March 2013 victory in the D.C. Circuit. In order to facilitate settlement negotiations and avoid unnecessary

litigation over attorneys' fees, plaintiffs seek an extension of the deadline for seeking fees until September 6, 2016, and the scheduling of a status conference before that time, as required by LCvR. 54.2(a).

      Wherefore, the motion should be granted. The text of a proposed order is filed herewith.

                                      Respectfully submitted,

                                      */s/ Arthur B. Spitzer*
                                      Arthur B. Spitzer, D.C. Bar No. 235960
                                      American Civil Liberties Union
                                         of the Nation's Capital
                                      4301 Connecticut Ave, N.W., Suite 434
                                      Washington, D.C. 20008
                                      T: 202.457.0800
                                      F: 202.457.0805
                                      artspitzer@aclu-nca.org

                                      Jameel Jaffer
                                      Hina Shamsi
                                      Brett Max Kaufman
                                      Matthew Spurlock
                                      125 Broad Street—18th Floor
                                      New York, New York 10004
                                      T: 212.549.2500
                                      F: 212.549.2654

                                      *Attorneys for Plaintiffs*

July 8, 2016